# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Robert N. Goldstein
Plaintiff

v.

Civil Action No.

Eqifax Information Services, LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Robert N. Goldstein

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff  Robert N. Goldstein, Plaintiff's Counsel's Law Firm  McCarty Law Firm  Plaintiff's Counsel Dennis McCarty, Defendent Equifax Information Services, LLC

| | |
|---|---|
| Date: | 9/29/2015 |
| Signature: | /s/Dennis McCarty |
| Print Name: | Dennis McCarty |
| Bar Number: | Mississippi Bar No. 102733 |
| Address: | P. O. Box 111070 |
| City, State, Zip: | Carrollton, TX 75011 |
| Telephone: | (817) 704 3375 |
| Fax: | (817) 887 5069 |
| E-Mail: | dmccartylaw@att.net |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons