**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| ROBERT N. GOLDSTEIN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES )<br>LLC, )<br>)<br>    Defendant. ) | CIVIL CASE NO: 3:15-cv-03153-C |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
<u>CERTIFICATE OF INTERESTED PERSONS</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4 and 81.1(a)(4)(D), the undersigned counsel of record for Equifax Information Services LLC ("Equifax") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company.

Respectfully submitted: November 9, 2015.

                              KING & SPALDING LLP

                              <u>/s/ Kendall W. Carter</u>
                              Kendall W. Carter
                              Texas Bar No. 24091777
                              kcarter@kslaw.com
                              1180 Peachtree Street NE
                              Atlanta, GA 30309
                              Tel (404) 572-2459

                              Daniel D. McGuire
                              L.R. 83.10 Local Counsel
                              Texas Bar No. 24081282
                              dmcguire@polsinelli.com
                              POLSINELLI PC

          2950 N. Harwood St., Suite 2100
          Dallas, Texas 75201
          Tel (214) 661-5580
          *Counsel for Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Court using the CM/ECF system, which will send notification of such filing to the following:

Dennis McCarty
McCarty Law Firm
PO Box 111070
Carrollton, TX 75011

Dated: November 9, 2015.

                                                */s/ Kendall W. Carter*
                                                Kendall W. Carter