IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROBERT N. GOLDSTEIN                        §
                                           §
                    Plaintiff              §
                                           §        Civil Action No. 3:15-cv-3153
v.                                         §
                                           §
                                           §
EQUIFAX INFORMATION                        §
SERVICES, LLC                              §
                                           §
                    Defendant              §
                                           §
                                           §
                                           §
                                           §

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF ROBERT N. GOLDSTEIN AND
DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

Plaintiff Robert N. Goldstein and Defendant Equifax Information Services LLC (hereinafter Equifax) stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

There are no longer any issues in this matter between Plaintiff and Defendant Equifax to be determined by this Court.  The Parties hereby stipulates that all claims or causes of action against Equifax which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Dated: April 15, 2016                              Respectfully submitted,


                                                   /s/ Dennis McCarty
                                                   Dennis McCarty
                                                   Mississippi Bar No. 102733
                                                   P.O. Box 111070
                                                   Carrollton, TX., 75011
                                                   Telephone: 817-704-3375
                                                   Fax (817) 887-5069
                                                   dmccartylaw@att.net
                                                   Attorney for Plaintiff


         And

         /s/Kendall W. Carter(with permission)
         Kendall W. Carter
         TX Bar No. 24091777
         KING & SPALDING LLP
         1180 Peachtree Street
         Atlanta, GA 30309
         Phone: 404-572-2495
         Fax: 404-572-5100
         Email: kcarter@kslaw.com
         Attorneys for Equifax Information Services, LLC


## CERTIFICATE OF SERVICE

        I hereby certify that on the 14th day of April, 2016, I electronically filed the foregoing
with the Clerk of Court using the CM/ECF system which will send notification of such filing to
the attorneys on record:


                                                   /s/ Dennis McCarty
                                                   Dennis McCarty