IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT N. GOLDSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:15-CV-3153-C |

## ORDER OF DISMISSAL

The Court having considered the Joint Stipulation of Dismissal with Prejudice Between

Plaintiff Robert N. Goldstein and Defendant Equifax Information Services LLC, filed April 15,

2016,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with

prejudice, with costs taxed against the party incurring same.

Dated April 15, 2016.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE